**Order entered August 8, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00626-CR

**CURTIS TYRONE BULLOCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-14101-R**

## ORDER

Before the Court is the State's August 4, 2022 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.


/s/    LANA MYERS
        JUSTICE